**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-136 RLW |
| | ) | |
| PHILLIP J. CUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a final pretrial conference in this matter is set for **Wednesday, March 6, 2024**, at **1:30 p.m.** in Courtroom 10-South. **Defendant and all counsel shall appear**.

_____
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this 29th day of February, 2024.